**2003–0302. Taylor v. Kemper Ins. Co.**

Cuyahoga App. No. 81360, 2003-Ohio-177. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated in the court of appeals' Journal Entry filed February 7, 2003:

"Motion by appellants to certify a conflict is granted. This court's decision in *Walter Taylor, et al. v. Kemper Insurance Company, et al.* (January 16, 2003), Cuyahoga App. No. 81360, is in conflict with the cases of *Peggy Hutchinson v. State Automobile Mutual Insurance Company* (1987), Ross App. No. 1304, 1987 Ohio App.Lexis 8263, and *Steven J. Hatcher, etc. v. Grange Mutual Casualty Company* (December 14, 1993), Franklin App. No. 98AP–882, 1993 Ohio App.Lexis 6040.

"We hereby certify the following issue to the Ohio Supreme Court: 'In a claim arising from an accident in 1989, in which an uninsured motorist was not sued within the statute of limitations for personal injury, is an insured's "legal right to recover" subject to common-law defenses, such as the statute of limitations, when the accident is governed by the pre-1994 version of R.C. 3937.18(A)(1), which had not yet defined "legally entitled to recover" as proving the elements of a claim?' "

RESNICK and O'CONNOR, JJ., dissent.

Sua sponte, cause consolidated with 2003–0362, *Taylor v. Kemper Ins. Co.*, Cuyahoga App. No. 81360, 2003-Ohio-177.

**2003–0363. Witt v. Ohio Ins. Guar. Assn.**

Cuyahoga App. No. 80509, 2003-Ohio-278. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause consolidated with 2003–0457, *Witt v. Ohio Ins. Guar. Assn.*, Cuyahoga App. No. 80509, 2003-Ohio-278; cause held for the decision in 2003–0028, *Katz v. Ohio Ins. Guar. Assn.*, Lucas App. No. L–02–1014, 2002-Ohio-6357; and briefing schedule stayed.

**2003–0423. RPM, Inc. v. Oatey Co.**

Medina App. Nos. 3282–M and 3289–M, 2003-Ohio-367. On motion for order requiring appellant to post statutorily compliant bond. Motion granted.

MOYER, C.J., and RESNICK, J., concur to the extent that appellant must post a proper bond of $84,000 to comply with this court's entry of April 2, 2003.

O'CONNOR, J., dissents.

**2003–0493. Rice v. Buckeye State Mut. Ins. Co.**

Logan App. No. 8–02–24, 2003-Ohio-390. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause consolidated with 2003–0492, *Rice v. Buckeye State Mut. Ins. Co.*, Logan App. No. CA02070024, 2003-Ohio-390; causes held for the decision in 2002–0932, *Westfield Ins. Co. v. Galatis*, Summit App. No. 20784, 2002-Ohio-1502; and briefing schedule stayed.

**2003–0535. Wilke v. Montes.**

Ottawa App. No. OT–02–003, 2003-Ohio-217. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause consolidated with 2003–0391, *Wilke v. Montes*, Ottawa App. No. OT–02–003, 2003-Ohio-217; causes held for the decision in 2002–0579, *Burkhart v. CNA Ins. Co.*, Stark App. No. 2001CA00265, 2002-Ohio-903; and briefing schedule stayed.

O'CONNOR, J., dissents.

RESNICK, J., not participating.